AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP - 5 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ivan Flores-Lujano

## CRIMINAL COMPLAINT

Case Number: M-16-1648-M

IAE   YOB:   1984
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 4, 2016** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ivan Flores-Lujano was encountered by Border Patrol Agents near Rio Grande City, Texas on September 4, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 4, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 2, 2010, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 20, 2009, the defendant was convicted of Sexual Assault and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,
**September 5, 2016**

Julio C Pena       Senior Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer